**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**BRENDA PREE**                                                                                   **PLAINTIFF**

**V.**                                                      **NO. 4:16-CV-122-DMB-SAA**

**THE WASHINGTON COUNTY BOARD**
**OF SUPERVISORS, ET AL.**                                           **DEFENDANTS**

## ORDER OF RECUSAL

The above-styled and numbered case was assigned to the undersigned, United States District Judge Debra M. Brown, on June 15, 2016. Judge Brown, on her own motion, hereby **RECUSES** herself from this case. The Clerk of the Court is directed to transfer and re-assign this case to another district court judge.

**SO ORDERED**, this 16th day of June, 2016.

                                                                        **/s/ Debra M. Brown**
                                                                         **UNITED STATES DISTRICT JUDGE**