IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

BRENDA PREE                                                                                               PLAINTIFF

V.                                                              CIVIL ACTION NO. 4:16-CV-122-SA-RP

THE WASHINGTON COUNTY
BOARD OF SUPERVISORS,
JESSE AMOS,
PAUL WATSON, JR., and
MIKE GORDON                                                                                         DEFENDANTS

## ORDER

For the reasons fully explained in a separate memorandum opinion issued this same day, the Court finds that the individual Defendants Amos, Watson, and Gordon are entitled to qualified immunity on all of the Plaintiff's claims. Therefore, the Defendants' Motion for Summary Judgment [8] is GRANTED, and all of the Plaintiff's claims against the individual Defendants are DISMISSED with prejudice.

The Defendants' Motions to Dismiss [10, 12] are also GRANTED, and the Plaintiff's Title VII claims against the individual Defendants, as well as the Plaintiff's state law claim for defamation are DISMISSED with prejudice.

Defendants Amos, Watson, and Gordon are hereby dismissed from this action. The Plaintiff's three claims against the County, one Title VII claim, one Equal Protection claim, and one due process claim based on the Mississippi Constitution remain.

SO ORDERED, on this the 3rd day of February, 2017.

                                                       /s/ Sharion Aycock
                                                 UNITED STATES DISTRICT JUDGE