IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

BRENDA PREE                                                                                    PLAINTIFF

V.                                                                  CIVIL ACTION NO. 4:16-CV-122-SA-RP

THE WASHINGTON COUNTY BOARD
OF SUPERVISORS, JESSE AMOS,
PAUL WATSON, JR., and MIKE GORDON                                          DEFENDANTS

ORDER

For all of the reasons fully discussed in a separate memorandum opinion issued this same day, the Washington County Board of Supervisor's Motion for Summary Judgment [45] is GRANTED, and all of the Plaintiff's remaining claims are DISMISSED with prejudice.

The Plaintiff's Motion to Amend [50] is GRANTED, and the Defendant's Motion to Strike [52] is DENIED as MOOT.

This CASE is CLOSED.

SO ORDERED, on this the 23rd day of January, 2018.

                                                                       /s/ Sharion Aycock
                                                                      UNITED STATES DISTRICT JUDGE